| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Isaac Castro**<br>DOB: xx-xx-1996; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>14-01778 MJ |

| Complaint for violation of Title   8 | United States Code § 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)<br>and 1324(a)(1)(B)(iii) |
|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about July 22, 2014, at or near Tubac, in the District of Arizona, **Isaac Castro**, knowing and in reckless disregard of the fact that illegal aliens, Juan Carlos Alvarez-Moreno and Feliciano Angles-Lopez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii),1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On or about July 22, 2014, at or near Tubac, Arizona, a blue Mazda Miata, driven by **Isaac Castro**, approached a Border Patrol checkpoint located on Interstate 19 with one male passenger later identified as Juan Carlos Alvarez-Moreno. A Border Patrol canine alerted to the presence of an odor that it is trained to detect as the vehicle approached the primary inspection area. In the secondary inspection area, agents searched the vehicle and found a male concealed in the trunk of the vehicle, later identified as Feliciano Angles-Lopez.

Both Juan Carlos Alvarez-Moreno and Feliciano Angles-Lopez admitted to agents that they were not citizens or nationals of the U.S. and that they did not possess documents to be in the U.S. legally.

Feliciano Angles-Lopez stated he made arrangements to be smuggled into the U.S. illegally and agreed to pay money. He stated that after crossing the border, he and two other individuals were transported to a house and then a garage until a vehicle came to pick only him up in where he was verbally forced to get inside of the trunk. He stated he feared for his life while inside of the trunk.

Juan Carlos Alvarez-Moreno stated he made arrangements to be smuggled into the U.S. illegally and agreed to pay money. He stated that after crossing the border he was transported to a house and waited until he was picked up. Once in the vehicle, the driver informed him that there was also a man in the trunk .

MATERIAL WITNESSES IN RELATION TO THE CHARGE:
Juan Carlos Alvarez-Moreno and Feliciano Angles-Lopez

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA AEM_____AEM_____ | SIGNATURE OF COMPLAINANT<br><br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 24, 2014 |

1) See Federal rules of Criminal Procedure Rules 3 and 54